```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |  |
|---|---|---|
| EDWARD ARRENDELL, et al., | : | CIVIL ACTION NO. 06-2417 (MLC) |
| Plaintiffs, | : | **MEMORANDUM OPINION** |
| v. | : |  |
| JUNE P. BAILEY, et al., | : |  |
| Defendants. | : |  |

**THE COURT** having ordered the plaintiffs to show cause why the complaint should not be dismissed for lack of jurisdiction under 28 U.S.C. § ("Section") 1332 (dkt. entry no. 4); and the plaintiffs, in response, withdrawing the action without prejudice (dkt. entry no. 5); and thus the Court intending to (1) vacate the order to show cause, and (2) dismiss the complaint without prejudice; and for good cause appearing, the Court will issue an appropriate order and judgment.

                                        s/ Mary L. Cooper
                                    **MARY L. COOPER**
                                    United States District Judge